UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROBERT RHODES,

               Defendant.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of an *ex parte* letter from Epstein Sacks PLLC, Defendant's former counsel, requesting time to speak with Defendant to determine whether he requires assistance in making his motion for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582 (Doc. No. 705). The Court has granted that request. Accordingly, the July 24, 2020 deadline for the government to file a letter setting forth its position on Defendant's request is adjourned *sine die*.

SO ORDERED.

Dated:    July 23, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation