UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROBERT RHODES,

            Defendant.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a *pro se* letter from Defendant Robert Rhodes, dated October 15, 2020, asserting that he is not receiving proper medical attention while in custody at USP, Canaan, in violation of his Eighth Amendment rights (attached hereto).  Rhodes's counsel has informed the Court that they anticipate addressing the issues raised in this letter in a forthcoming counseled motion and that the Court need not construe this letter as a *pro se* request for relief.  Accordingly, the Court will not take any action at this time and will await Rhodes's counseled motion.  The Clerk of Court is respectfully directed to mail a copy of this order to Rhodes.

SO ORDERED.

Dated:      November 5, 2020
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

Filed On
10/15/2020

United States district Court
Southern district of New York

United States of America    *

                            *    Case NO:
                                 18 CR 373
VS.                         *

Robert Rhodes              
    defendent               *

RECEIVED 2020 OCT 27 AM 9:10 CLERK'S OFFICE U.S. COURT OF APPEALS

<u>Medical Neglect</u>

Declaration & proof of service pursuant to 28 USC §1746(I) Rhodes, Robert #85770054 declare under penalty of perjury that the foregoing is true and correct Executed On:

_Robert Rhodes_   10/15/2020
Signature of Movant

To honorable, Richard J Sullivan,
    This complaint I bring to u is in violation of My Medical Issue that I have brought to the Warden attention, I was not

Filed On 10/15/2020

distributes Medication psychiatric Medication She told Me that the doctor thats assigned to this Facility USP Canaan, Is taking off every other week until she finds another facility to get assigned to, I been housed in USP Canaan for the past 60 days & Have never been called to Medical to recieve proper care to prevent the excessive bleeding from My anorectal abscess, Heavy bleeding leaking through My clothes I ask. Can u please look in to this Matter please, So I can recieve proper treatment in society, rather than Waiting an additional year plus the 2 1/2 yrs I already been Waiting I need to be seen by a anorectal abscess specialist to ~~determin~~ come up with a conclusion to when can I recieve surgery, Nobody have Made an attempt to give me pain medication, This is in violation of My Eighth admendment, The amendment prohibits the federal government from imposing excessive bail, excessive fines or cruel and unusual punishment, Attorney general William, Barr Stated to BOP Director Michael Carvajal "States as Follows" The Mission of BOP is to administer the lawful punishments that

Filed On
10/15/2020

afford due process in connection with My Eighth admendment.

1. Basis of My Complaint; I am currently housed at USP Canaan, I arrived at USP Canaan On or about August 12, 2020, I informed Medical staff while in intake being processed, About My anorectal abscess in My buttocks which is infected, bleeding & untreated, I suffer From severe pain & discomfort, I have not been provided with pain medication, guaze & including the ability to properly clean My Wound to prevent infection, I have little to no access to clean laundry, due to no Washing Machine on My housing Unit, We get to Wash clothes once a week, due to My circumstances, I need to be able to Wash My clothes more frequently due to heavy bleeding, When I explained My issue to Warden E. bradley to see if he can assist Me with My Medical problem, I ask him Can he contact Medical staff so they can assist Me with My issue he stated "Do I Look like Medical or Is It printed on My Vest No so get to stepping" "If ur not dieing I don't Care about ur situation" I then spoke to Medical staff that

Filed On 10/15/2020

Our Justice system Imposes, Executing that Mission Imposes on us a profound Obligation to protect the health and safety of all Inmates, I believe strongly that we should do everything we Can to protect the Inmates In Our Care, Can u please look in to this Matter For Me I am realy sick and need to be able to get proper Medical Care needed thanks & Godbless.

Yours truly

Robert Rhodes

Filed On: 10-15-2020

United States district Courts
Southern district of New York

Inmate: Rhodes, Robert
85770-054

V

Warden E. Bradley &
Medical Staff

Defendants, Et all.

Comes Now the Complaintive, Robert Rhodes, 85770054,
I currently reside at USP Canaan, 3057 Eric J Williams drive, WayMart, Pennsylvania, 18472, Phone (570)-488-8000

I file this Complaint based upon incidents of Staff Misconduct as the above named, and un-named defendants both intentionally and Negligently, violated my Eighth Amendment Claim "in due process

Robert Rhodes 85710-054
USP Canaan
Smart Communications
PO Box 30
Pinellas Park Fl, 33781

LEHIGH VALLEY PA 180
21 OCT 2020 PM 4 L

Honorable. Richard J Sullivan
Circuit Judge 2nd Circuit
500 Pearl St
New York, NY, 10007
Southern district of New York

10007-131659

#Legal Mail *

*Legal Mail *