UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ROBERT RHODES,<br><br>               Defendant. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On November 30, 2020, Defendant Robert Rhodes filed a motion seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A).  (Doc. No. 755.)  IT IS HEREBY ORDERED THAT the government shall file a response by December 14, 2020, setting forth its position on Rhodes's request.

SO ORDERED.

Dated:      November 30, 2020
               New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES CIRCUIT JUDGE
                                                     Sitting by Designation