UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ROBERT RHODES,

                              Defendant.

---

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a *pro se* letter from Defendant Robert Rhodes, dated November 30, 2020 but postmarked December 2, 2020 and received in chambers on December 11, 2020, which asserts that the conditions of his confinement at USP, Canaan violate his Eighth Amendment rights (attached hereto).  Accordingly, IT IS HEREBY ORDERED THAT Rhodes's counsel shall file a letter no later than December 18, 2020, apprising the Court of whether the Court should construe this letter as a *pro se* request for relief that is independent of Rhodes's currently pending motion for compassionate release (Doc. No. 755).  The Clerk of Court is respectfully directed to mail a copy of this order to Rhodes.

SO ORDERED.

Dated:         December 11, 2020
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

United States district Court
2nd Circuit Southern district of New York

United States of America   *

   Vs.   *

Robert Rhodes   *
  defendant

                *

Pursuant to 28 U.S.C §1746, I, Rhodes, Robert 85770054, declare under the penalty of perjury that the Foregoing Is True, and Correct
Executed On: Nov, 30, 2020

_Robert Rhodes_ 85770054
signature of Movant

To honorable, Sullivan
  I Robert Rhodes, Write this Complaint to explain the harsh Misconduct by BOP Staff Members Intentionally and negligently, Which shows My eighth amendment is being violated, as Follows,
  During the Week of November 23, 2020 to present, While Incarcerated in USP Canaan in Waymart PA. During this Week, There is a Facility Lockdown due to severe Cases of Covid 19

Factual Background

On or about November 23, 2020 at approximetly
7:30 pm, There Was a Facility wide lockdown in USP Canaan
due to Covid 19 Cases 25 inmates have been in contact
with the virus & has Contracted Covid 19, From Mon 23,2020
up until present, I have been Confined to my cell for long
periods of time, There is little to no heat & Im being confined
in Freezing Cold temperatures with adequate Clothing or blankets,
I have no access to clean laundry, hot food, regulary scheduled
meals, regular showers or even a hot shower For the last week or
so, medical or psychiatric care, exercise, Commissary, or outside
communications with my family or lawyers via email, payphone or
visits. As a result of being confined in the Circumstances
describe above, including ~~on the Circumstances~~ But no limited to a prolonged
period of bitter Cold, I still though complened about my
medical issue prior to ~~this~~ additional information, physical pain
& discomfort, including as a result of my exposure to the
Cold; hunger, exposure to noxious odors, due to infected & bleeding
abscess in my buttocks, severe personal uncleanliness caused
by lack of access to showers or clean clothing and
linens; emotional & psychological distress. I rather Catch
Covid 19 with my family being able to visit me in a
hospital not die in Jail From a virus that was brought in by
BOP Staff. Attorney general, William barr stated in a Memorandum
To director of BOP Michael Carvajal -via-email, "I believe strongly
that we should do everything we can to protect the inmates
in our Care, also The Mission of BOP is to administer

the lawful punishment that our Justice system Pmposes, Executing
that Mission Pmposes on us a profound obligation to protect the
health and safty of all Pnmates, While we have a solemn
obligation to protect the people in BOP Custody



U. S. Department of Justice

Federal Bureau of Prisons

USP Canaan
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472

November 30, 2020

MEMORANDUM FOR: THE INMATE POPULATION

FROM:          E. Bradley, Warden

SUBJECT:       COVID-19 Updates

Due to positive inmate cases identified in F1, F2, B2, and D1
housing units, movement will be limited.  We are currently
monitoring the inmate population and symptom checking.  Care kits
are being handed out to all inmates to include hygiene and
sanitation items. Please report any symptoms to medical staff.

I Robert Rhodes resides in housing Unit Delta #1
Cell #216

Robert Rhodes 65770-054
USP Canaan
Smart Communication
PO Box 30
Pinellas Park FL 33781

Honorable Judge Sullivan
500 Pearl St
Southern district Court
New York NY, 10007

LEHIGH VALLEY PA 180

2 DEC 2020 PM 3 L

USA FOREVER

Happy Holi

10007-131599

Legal Mail

Legal Mail