UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ROBERT RHODES,<br><br>                    Defendant. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    Defendant may file a reply to the government's opposition to his motion for compassionate release by January 5, 2021.

SO ORDERED.

Dated:    December 22, 2020
              New York, New York

                                                                  RICHARD J. SULLIVAN
                                                                  UNITED STATES CIRCUIT JUDGE
                                                                  Sitting by Designation