UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROBERT RHODES,

           Supervisee.

No. 18-cr-373-14 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record during the violation of supervised release ("VOSR") presentment on August 24, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of his VOSR proceedings.

SO ORDERED.

Dated:    August 24, 2023
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation