UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROBERT RHODES,

                Defendant.

No. 18-cr-373-14 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a *pro se* submission from Defendant Robert Rhodes, consisting of a letter, dated December 21, 2023, and three attached exhibits. Because Rhodes is currently represented by counsel (*see, e.g.*, Doc. Nos. 985, 988, 998), and has not made any claim that counsel is not adequately representing him or any request to proceed *pro se*, *see United States v. Stevens*, 83 F.3d 60, 67 (2d Cir. 1996), the Court declines to consider Rhodes's *pro se* submission. *See United States v. Hage*, 74 F.4th 90, 93 (2d Cir. 2023) (explaining that a "defendant cannot switch between pro se and counseled modes at will, because the two rights cannot be exercised at the same time" (internal quotation marks and alterations omitted)). The Court has provided a copy of Rhodes's *pro se* submission to defense counsel via email and will maintain the original submission under seal in the event that defense counsel intends to resubmit the letter and/or exhibits in connection with a counseled filing.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant Robert Rhodes.

SO ORDERED.

Dated:    January 2, 2024
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation