UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROBERT RHODES,

                    Defendant.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, January 9, 2024, at 3:00 p.m. in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, New York, New York, 10007 for a status conference. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 1016.

SO ORDERED.

Dated:      January 8, 2024
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation