UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ROBERT RHODES,<br><br>                    Defendant. | No. 18-cr-373-14 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court for sentencing at 10:00 a.m. on Tuesday, January 23, 2024, in Courtroom 6B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    January 19, 2024
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation