UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ROBERT RHODES,<br><br>               Supervisee. | No. 18-cr-373-14 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

With the consent of Supervisee, IT IS HEREBY ORDERED THAT the terms of Mr. Rhodes's supervised release are modified as follows: Supervisee shall participate in an inpatient treatment program, for up to six months, approved by the United States Probation Office, which program may include testing to determine whether Supervisee has reverted to using drugs or alcohol. Supervisee must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the treatment provider.

SO ORDERED.

Dated:    February 22, 2024
             New York, New York

                                                                RICHARD J. SULLIVAN
                                                                UNITED STATES CIRCUIT JUDGE
                                                                Sitting by Designation